JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA DAY, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEARS HOLDINGS CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND COMPANY; SEARS OUTLET STORES, LLC, and Does 1-100, inclusive<br><br>　　　　Defendants. | ) CASE NO. CV 11-09068 MMM (PJWx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On March 13, 2013, the court entered an order granting defendants' motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

　1.　That plaintiff take nothing by way of her complaint; and

　2.　That the action be, and it hereby is, dismissed.

DATED: March 13, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE